Mary E. Boyd, Plaintiff in Error, v. L. & N. R. R. Company, Defendant in Error.

Writ of error dismissed by order of the Court.

*Reese & Reese,* for Plaintiff in Error.

*Carter & Yonge,* for Defendant in Error.

Tom Slack, Plaintiff in Error, v. State of Florida, Defendant in Error.

Writ of error dismissed by order of Court.

*T. Franklin West,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, for Defendant in Error.

A. W. Kurz, Appellant, v. D. Pappas, also known as Demetrous Pappas, *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*J. O. Phillips,* for Appellant.

*T. D. Ellis, Jr.,* and *John W. Whelan,* for Appellees.

John W. Robbins, Appellant, v. J. N. Dunham, *et al.,* Appellees.

Appeal dismissed on motion of counsel for Appellant.

*Wm. F. Maurer,* for the Motion.